UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY

GENERAL ORDER NO. 06-__6__

IN RE:   Rule 7.1 Corporate Disclosure Statement

STANDING ORDER

A non-governmental party to an action or proceeding in a district court with its first appearance, pleading, petition, motion, response or other request addressed to the court must file a corporate disclosure statement in compliance with Federal Rule of Civil Procedure 7.1 . Whereas, a review of the court's docket has revealed numerous instances of non-compliance with Federal Rule of Civil Procedure 7.1 and the Court being sufficiently advised;

**IT IS HEREBY ORDERED BY THE COURT:**

1) That the Clerk is **DIRECTED** to send a Notice of Deficiency allowing counsel ten (10) days to cure the deficiency when a Rule 7.1 disclosure statement is absent upon the filing of an initial pleading by a non-governmental corporate party.

2) That the Clerk is further **DIRECTED** to submit the case to the presiding judge for consideration of taking action to **STRIKE** the initial pleading from the record when the deficiency has not been cured at the expiration of ten (10) days.

This 15th day of May, 2006.



Signed By:
*Joseph M. Hood*
United States District Judge